NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**3RD EYE SURVEILLANCE, LLC,**
*Plaintiff-Appellant*

v.

**E-WATCH CORPORATION,**
*Defendant-Appellee*

2017-2280

Appeal from the United States District Court for the Eastern District of Texas in No. 6:14-cv-00725-JDL, Magistrate Judge John D. Love.

**ON MOTION**

Before PROST, *Chief Judge,* BRYSON and O'MALLEY, *Circuit Judges.*

BRYSON, *Circuit Judge.*

**O R D E R**

3rd Eye Surveillance L.L.C. moves to stay the district court's final judgment pending appeal.

In the final judgment, the district court found that 3rd Eye lacks standing to sue for infringement of U.S. Patent

No. 7,323,980 ("the '980 patent") and ordered that 3rd Eye deliver copies of the final judgment and the district court's order regarding standing to each defendant it has sued for infringement of the '980 patent and the presiding judge in each of those cases.

Rule 8(a)(2) of the Federal Rules of Appellate Procedure authorizes this court to grant a stay pending appeal. Our determination is governed by four factors: (1) whether the movant has made a strong showing of likelihood of success on the merits; (2) whether the movant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies. *See Nken v. Holder*, 556 U.S. 418, 434 (2009).

Based on the papers submitted, we conclude that 3rd Eye has not established that a stay of the final judgment pending appeal is warranted here.

Accordingly,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s32